**Jeffrey M. Edelson, OSB #880407**
JeffEdelson@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR  97201
Tel:  (503) 295-3085

    Of Attorneys for Defendant
    Equifax Information Services, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **MEANROTH NY**, | Case No. 3:21-cv-1475 |
| Plaintiff, | **DEFENDANT'S NOTICE OF REMOVAL** |
| v. | |
| **EQUIFAX INFORMATION SERVICES, LLC**, | |
| Defendant. | |

**TO:  CLERK OF THE COURT**

**AND TO:  PLAINTIFF AND HIS ATTORNEY OF RECORD**

    PLEASE TAKE NOTICE that defendant Equifax Information Services, LLC ("Equifax") in the state-action, by its attorneys and pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, removes this case from the Circuit Court of Multnomah County, Oregon to the United States District Court for the District of Oregon, Portland Division.  In support of its Notice of Removal, Equifax states as follows:

**Page 1 -   DEFENDANT'S NOTICE OF REMOVAL**

## BACKGROUND AND TIMELINESS

1. On or about August 20, 2021, Meanroth Ny ("plaintiff") commenced a civil action against Equifax by filing a Complaint in the Circuit Court of Multnomah County, Oregon, entitled *Meanroth Ny v. Equifax Information Services, LLC,* Case No 21CV33583.

2. Equifax was served with the plaintiff's Complaint on September 9, 2021. True and correct copies of the Summons and Complaint, together with all process, pleadings, and orders served upon or by Equifax, are attached as **Exhibit A**. These documents constitute all "process, pleadings, and orders" served upon Equifax in the state court action as required by 28 U.S.C. § 1446(a).

3. This Notice of Removal is timely, as Equifax has filed this Notice of Removal within thirty days of service. *See* 28 U.S.C. § 1446(b).

4. Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant to the district court of the United States for the district and division embracing the place where such action is pending."

5. Equifax is the only defendant in this matter.

## THIS CASE IS REMOVABLE BASED UPON FEDERAL QUESTION JURISDICTION

6. In their Complaint, plaintiff purports to bring claims arising out of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 *et seq.* (*See* Exhibit A, Complaint ¶ 1). Plaintiff seeks relief in the form of statutory and actual damages, along with the attorneys' fees and the costs of litigation, for alleged injuries, actual damages, and harm, as well as such other relief the Court may deem equitable. (*See* Exhibit A, Complaint.)

7. Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants to the district court of the United States for the district and division embracing the place where such action is pending."

8. This Court has original federal question jurisdiction over this action pursuant to 28 U.S.C. § 1331, which provides that the "district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." This is because plaintiff alleges that Equifax violated the FCRA, which is a federal law. *Id.*

9. Accordingly, this action is removable to this Court pursuant to 28 U.S.C. § 1441.

## **VENUE AND NOTICE TO STATE COURT**

10. Removal is appropriate "to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a). Because this action is pending in the Circuit Court of Multnomah County, Oregon, for purposes of removal, is proper in this Court pursuant to 28 U.S.C. §§ 1441 and 1446(a). Equifax, therefore, removes this action to the United States District Court for the District of Oregon, Portland Division.

11. Promptly upon the filing of this Notice of Removal, Equifax shall file a Notice of Filing of Removal to Federal Court, together with a copy of the Notice of Removal, with the Circuit Court of Multnomah County, Oregon and will serve a copy thereof on plaintiff through his counsel, pursuant to 28 U.S.C. § 1446(d). A copy of this Notice (without exhibits) is attached hereto as **Exhibit B**.

## **CONCLUSION**

12.     Equifax submits this Notice of Removal without waiving any defenses to the claims asserted by plaintiff, without conceding that plaintiff has pleaded claims upon which relief can be granted, and without admitting that plaintiff is entitled to any monetary or equitable relief whatsoever (or that the damages he seeks may be properly sought).

13.     Should plaintiff seek to remand this case to state court, Equifax respectfully asks that it be permitted to brief and argue the issue of this removal prior to any order remanding this case.  In the event the Court decides remand is proper, Equifax asks that the Court retain jurisdiction and allow Equifax to file a motion asking this Court to certify any remand order for interlocutory review by the Ninth Circuit Court of Appeals, pursuant to 28 U.S.C. § 1292(b).

14.     Based on the foregoing, this Court has original federal question jurisdiction over this action pursuant to 28 U.S.C. § 1331 due to plaintiff's FCRA claims.  Therefore, the Court properly may exercise jurisdiction over this lawsuit.  *See* 28 U.S.C. § 1441.

15.     In filing this Notice of Removal, Equifax does not waive any, and specifically reserves all, defenses, exceptions, rights and motions.  No statement or omission in this Notice shall be deemed an admission of any allegation of or damages sought in the Complaint.

WHEREFORE, Equifax submits that this action properly is removable based on original federal question jurisdiction and respectfully requests that the above-described action pending against it be removed to the United States District Court for the District of Oregon, Portland Division. Equifax also requests all other relief, at law or in equity, to which it justly is entitled.

DATED this 8th day of October, 2021.

                        MARKOWITZ HERBOLD PC

                        By: *s/ Jeffrey M. Edelson*
                               Jeffrey M. Edelson, OSB #880407
                               JeffEdelson@MarkowitzHerbold.com

                               Attorneys for Defendant Equifax Information Services, LLC

1198443